CHARITIES—CAPACITY OF RELIGIOUS CORPORATION TO TAKE UNDER WILL.
In the absence of express words in its charter to that effect, a religious corporation created by special act of the legislature is not subject to the restrictions imposed by Laws 1848, c. 319, § 6, upon the power to take under a will executed within two months prior to the testator's death.

Proceedings upon judicial settlement of the accounts of John Hardy as executor of Bertha Hamm, deceased.

Douglas Mathewson, for executor.

W. Hildreth Field and Deshon & Henry Schmitt, for religious corporations.

Gilbert W. Minor, special guardian.

VARNUM, S. This is one of the undecided matters that was before Surrogate Arnold, which has since been reargued before and submitted to me. It is contended by the special guardian herein that two religious corporations which are legatees under the will cannot take, for the reason that decedent died within two months after making her will. Both of these corporations were organized by special acts of the legislature, and hence, in the absence of express words, are not subject to the restrictions imposed by section 6 of chapter 319 of the Laws of 1848. Hollis v. Seminary, 95 N. Y. 166; Cole v. Frost, 51 Hun, 578, 4 N. Y. Supp. 308; Porter v. Carolin (Sup.) 2 N. Y. Supp. 791. Neither of the institutions in question has these restrictions imposed by its charter. It cannot be said that the general corporation law of 1892 embodied the act of 1848, so as to take away the special character which the courts have predicated of it, and to make it part of the general law. By section 33 of the act of 1892, such other corporate laws as relate to matters embraced within the new act are made applicable. The subject of religious corporations, however, is not considered. That subject was not taken up until the year 1895, when the membership corporations law was passed, and this law has been expressly held not to make section 6 of the act of 1848 generally applicable to all religious corporations. In re Lampson's Will, 22 Misc. Rep. 198, 49 N. Y. Supp. 576.

The legacies in dispute should be paid as provided by the will. Decreed accordingly.